JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERNEST BLACKWELL, | No. CV 19-9870-PSG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Amended Petition is denied and this matter is dismissed with prejudice.

DATED: 2/4/21

_____
HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE